**Order entered March 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00847-CR

## ROBERT DIXON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F16-20143-K**

## ORDER

Before the Court is court reporter Charon Evans's request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by April 8, 2022.

/s/   LANA MYERS
         JUSTICE